UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 1:05-CR-4 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| SEVERO MESA, JR. | ) | |
| | ) | |

## **O R D E R**

For the reasons set forth in the accompanying memorandum, it is **ORDERED** the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(B)(1)(C) and Defendant's motion to suppress (Court File No. 56) is hereby **DENIED.**.

**SO ORDERED.**

**ENTER:**

                                        **/s/**
                          **CURTIS L. COLLIER**
              **UNITED STATES DISTRICT JUDGE**